1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  TYRONNE BATTLE,
11             Plaintiff,                   No. CIV S-06-0171 LKK GGH P
12       vs.
13  TERESA SCHWARTZ, et al.,
14             Defendants.                  ORDER
15  _____/
16           Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action
17  filed pursuant to 42 U.S.C. § 1983.  By order filed November 16, 2006, claims against several
18  defendants of plaintiff's first amended complaint were dismissed with leave to file a second
19  amended complaint.  Plaintiff has filed a second amended complaint.
20           The second amended complaint states a cognizable claim for relief pursuant to 42
21  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  Plaintiff also brings claims pursuant to Title II of the
22  Americans with Disabilities Act (ADA) and the Rehabilitation Act (RA).   If the allegations of
23  the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the
24  merits of this action.
25           In accordance with the above, IT IS HEREBY ORDERED that:
26           1. Service is appropriate for the following defendants: Chief Medical Officer

1

(CMO) Raymond Andreasen; Patty Pinkerton; Licensed Vocational Nurse (LVN) Tracy Sadler; Bryan Reynolds; Dr. Nadim Khoury; LVN/MTA Diane Wilson.

2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed December 20, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Seven (7) copies of the endorsed second amended complaint filed December 20, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 4/30/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
batt0171.2am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONNE BATTLE,

    Plaintiff,                                 No. CIV S-06-0171 LKK GGH P

    vs.

TERESA SCHWARTZ, et al.,            NOTICE OF SUBMISSION

    Defendants.                        OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __6__      completed USM-285 forms

        __7__      copies of the __December 20, 2006__
                                                Second Amended Complaint

DATED:

                                               _____
                                               Plaintiff