IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TYRONNE BATTLE,** | 2:06-cv-0171 LKK GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **TERESA SCHWARTZ, et al. ,** | |
| Defendants. | |

On September 5, 2007, Defendants filed a request for extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including October 11, 2007, in which to file their responsive pleading.

Dated: 9/11/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

batt0171.po

*[Proposed] Order Granting Defendants Extension of Time to Respond to Complaint*

1