IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONNE BATTLE,

       Plaintiff,                    No.  CIV S-06-0171 LKK GGH P

    vs.

TERESA SCHWARTZ, et al.,

       Defendants.           ORDER

_____/

       A suggestion of death upon the record pertaining to the death of plaintiff was filed, pursuant to Federal Rule of Civil Procedure 25(a)(1) by defense counsel on January 22, 2008.  Defendants' counsel states that he is unaware of any next of kin.  Pursuant to Fed. R. Civ. P. 25(a)(1), a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record.   In the absence of any such motion, upon the expiration of the ninety-day period, the court will recommend dismissal of this action.

       IT IS SO ORDERED.

DATED: 01/29/08                               /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
batt0171.25(a)