IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONNE BATTLE,

      Plaintiff,                        No.  CIV S-06-0171 LKK GGH P

    vs.

TERESA SCHWARTZ, et al.,

      Defendants.               FINDINGS AND RECOMMENDATIONS

                              /

        By Order, filed on January 29, 2008 (# 26), a suggestion of death upon the record of plaintiff having been filed by defendants' counsel on January 22, 2008 (# 25), pursuant to Federal Rule of Civil Procedure 25(a)(1), the court stated that in the absence of any motion for substitution of a proper party within ninety days following the suggestion of death upon the record, the undersigned would recommend dismissal of this action.  The ninety-day period has expired and no motion for substitution has been filed.

        Accordingly, IT IS RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 05/19/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
batt0171.fr